**Order entered January 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01352-CR
No. 05-12-01381-CR

**JEREMY CRESPIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-16205-W, F08-16204-W**

## ORDER

The Court **GRANTS** appellant's January 15, 2013 motion for extension of time to file appellant's reply brief.

We **ORDER** the Clerk of the Court to file appellant's reply brief tendered as of the date of this order.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE